U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 OCT -8 A 11: 01

CLERK

BY ______
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| CHRISTHIAN CAMPO SANCHEZ,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, Secretary of the United States Department of Homeland Security, *et al*,<br><br>Respondents. | ) | Case No. 2:26-cv-382 |

**ORDER REQUIRING CUSTODY REDETERMINATION HEARING**
**(Bond Hearing)**

Following a status conference on October 8, 2026, the court ORDERS as follows:

1. Respondents shall conduct a custody redetermination hearing ("bond hearing") in petitioner's immigration court case not later than Friday, October 16, 2026.

2. Petitioner shall remain within the District of Vermont until the conclusion of the bond hearing. Petitioner's counsel shall notify the court that the bond hearing occurred as scheduled and the outcome. The court will then dismiss the habeas petition.

3. The temporary restraining order remains in effect through October 20, 2026 as previously ordered.

Dated at Burlington, in the District of Vermont, this 8th day of October, 2026.

Geoffrey W. Crawford, Judge
United States District Court